SCOTT N. JOHNSON, SBN 166952 scottnjohnson@comcast.net
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone: (916) 485-3516
Facsimile: (916) 481-4224

Attorneys for Plaintiff

MARTIN H. ORLICK, SBN 83908 mho@jmbm.com
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys Defendant Crab Addison, Inc.,
d/b/a/ Joe's Crab Shack

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>CRAB ADDISON, INC.; Individually and d/b/a JOE'S CRAB SHACK,<br><br>Defendant. | CASE NO. 2:07-CV-02189-LEW-GGH<br><br>**STIPULATION TO EXTEND TIME FOR SPECIALLY APPEARING DEFENDANT CRAB ADDISON, INC., D/B/A/ JOE'S CRAB SHACK TO FILE A RESPONSE TO THE COMPLAINT; ORDER THEREON**<br><br>Complaint filed: October 16, 2007 |

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the respective parties, Plaintiff, Scott N. Johnson ("Plaintiff") and defendant Crab Addison, Inc., d/b/a Joe's Crab Shack, ("Defendant") (collectively, the "Parties"), that specially appearing Defendant, for itself and no others, be allowed an extension of time to file its response pleadings to the Complaint. Defendant's response will become due on or before December 10, 2007 as set forth in the proposed order.

DATED: November 27, 2007                    By:/s/ Scott N. Johnson
                                            Attorneys for Plaintiff, SCOTT N. JOHNSON

PRINTED ON
RECYCLED PAPER

640382v1

| | |
|---|---|
| DATED: November 27, 2007 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| | By:/s/ Martin H. Orlick<br>Attorneys for Defendant CRAB ADDISON, INC., d/b/a JOE'S CRAB SHACK |

***ORDER***

IT IS SO ORDERED:

Defendant Crab Addison, Inc., d/b/a Joe's Crab Shack shall be allowed an extension to file its responsive pleading until December 10, 2007.

DATED: November 28, 2007

/s/ Ronald S. W. Lew
Judge of the United States District Court

640382v1